# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-13230-AMC

SEVDIL  AMZAJI

9410 EVANS STREET

PHILADELPHIA, PA 19115-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    SEVDIL  AMZAJI

    9410 EVANS STREET

    PHILADELPHIA, PA 19115-

Counsel for debtor(s), by electronic notice only.

    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

                                       /S/ William C. Miller

Date: 8/9/2019                              _____

                                           William C. Miller, Esquire
                                           Chapter 13 Standing Trustee