UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
SEVDIL AMZAJI

Chapter 13

Debtor

Bankruptcy No. 19-13230-AMC

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 17, 2019**

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
CHRISTIAN A DICICCO  
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

Debtor:  
SEVDIL AMZAJI

9410 EVANS STREET

PHILADELPHIA, PA 19115-