United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13230-amc
Sevdil Amzaji                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR                  Page 1 of 3          Date Rcvd: Sep 18, 2019
                              Form ID: pdf900               Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
```
db              +Sevdil Amzaji,    9410 Evans Street,    Philadelphia, PA 19115-4315
14357000         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
14326689        +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14326691       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                  El Paso, TX 79998)
14326690        +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14340730        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14326692        +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
14340165        +Bayview Loan Servicing,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14326695         Best Buy Co., Inc.,    PO Box 17298,    Baltimore, MD 21297-1298
14326697        +Capital One/Neiman Marcus/Bergdorf Goodm,    Attn: Bankruptcy Dept,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
14326699        +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
14326700        +Chase Card Services,    Attn: Correspondence/Bankruptcy,    Po Box 15298,
                  Wilminton, DE 19850-5298
14326701        +Chase Mortgage,    Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224-0696
14326702        +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14326704        +Citibank,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14326703        +Citibank,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14363361        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14326705        +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
14333943        +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
14326708        +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
14326712         Dsnb Bloomingdales,    Attn: Recovery ‘Bk’,    Po Box 9111,    Mason, OH 45040
14347663        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,    JPMC,
                  c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
14326715        +Michael J. Dougherty, Esq.,    170 S. Independence Mall West,    Suite 874 West,
                  Philadelphia, PA 19106-3315
14326716        +Michael L. Sanginiti, Esq.,    165 Passaic Avenue, Suite 301B,    Fairfield, NJ 07004-3592
14326718        +NTB/CBSD,    Citi Corp Credit Services Centralized Ba,    Po Box 20507,
                  Kansas City, MO 64195-0507
14326720        +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                  Cleveland, OH 44101-4982
14354835        +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
14326721        +RBS Citizens Cc,    1 Citizens Dr.,    Ms: Rop 15b,    Riverside, RI 02915-3035
14326722        +Sirlin, Lesser & Benson, PC,    123 South Broad Street, Suite 2100,    Attn: John C. Sirlin, Esq.,
                  Philadelphia, PA 19109-1042
14357058        +TD Auto Finance LLC,    c/o Schiller, Knapp,,    Lefkowitz & Hertzel, LLP,    950 New Loudon Road,
                  Latham, NY 12110-2100
14326736       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,     Attn: Bankruptcy Dept,    Po Box 8026,
                  Cedar Rapids, IA 52409)
14326734        +Td Auto Finance,    Attn: Bankruptcy Dept,    Po Box 9223,    Farmington Hills, MI 48333-9223
14326738        +UniFund CCR, LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
14326737        +UniFund CCR, LLC,    c/o Demetrios H. Tsarouhis, Esq.,    21 S. 9th Street,
                  Allentown, PA 18102-4861

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:33      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2019 03:10:22      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14326693        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 19 2019 03:10:23
                  Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                  Coral Gables, FL 33146-1873
14362668        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 19 2019 03:10:23
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                  Coral Gables, FL 33146-1837
14326698         E-mail/Text: MortgageBKSupport@citizensbank.com Sep 19 2019 03:09:49      CCO Mortgage Corp.,
                  Attn: Bankruptcy,    10561 Telegraph Rd,    Glen Allen, VA 23059
14326696        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2019 03:19:17      Capital One Na,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14326706        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2019 03:09:47      Comenity Bank/Express,
                  Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14326707        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 19 2019 03:20:47      Credit One Bank,
                  Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
```

```
District/off: 0313-2           User: DonnaR                Page 2 of 3                   Date Rcvd: Sep 18, 2019
                               Form ID: pdf900             Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14326710       E-mail/Text: mrdiscen@discover.com Sep 19 2019 03:09:39      Discover Bank,
                 6500 New Albany Road,   New Albany, OH 43054
14326711       E-mail/Text: mrdiscen@discover.com Sep 19 2019 03:09:39      Discover Financial,
                 Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
14336363       E-mail/Text: mrdiscen@discover.com Sep 19 2019 03:09:39      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14326709      +E-mail/Text: mrdiscen@discover.com Sep 19 2019 03:09:39      Discover Bank,   DB Servicing Corp.,
                 PO Box 3025,   New Albany, OH 43054-3025
14326713      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:10       LVNV Funding, LLC,
                 625 Pilot Road, Suite 3,   Las Vegas, NV 89119-4485
14346179       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:18:08       LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14337900       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:19:30       LVNV Funding, LLC,
                 c/o Resurgent Capital Services,   PO BOX 10587,   Greenville, SC 29603-0587
14326714      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2019 03:19:28
                 LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
14326717      +E-mail/Text: bnc@nordstrom.com Sep 19 2019 03:09:42      Nordstrom FSB,   Attn: Bankruptcy,
                 Po Box 6555,   Englewood, CO 80155-6555
14326719      +Fax: 407-737-5634 Sep 19 2019 03:29:44      Ocwen Loan Servicing,   Attn: Research/Bankruptcy,
                 1661 Worthington Rd   Ste 100,   West Palm Beach, FL 33409-6493
14362226       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2019 03:20:42
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14339599       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2019 03:09:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14326723      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:15       Syncb/hhgreg,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
14326724      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:15       Synchrony Bank,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14326725      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:20:39       Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
14326726      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:15       Synchrony Bank/Amazon,
                 Attn:  Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14326727      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:15       Synchrony Bank/American Eagle,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14326728      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:15       Synchrony Bank/Gap,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14326729      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:17:56       Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14326730      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:15       Synchrony Bank/PC Richard,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14326731      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:16       Synchrony Bank/Sams Club,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14326732      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:16       Synchrony Bank/TJX,
                 Attn:  Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14326733      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2019 03:19:15       Synchrony Bank/TJX,
                 Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14326735       E-mail/Text: bankruptcy@td.com Sep 19 2019 03:10:14      TD Bank,   1701 Route 70 East,
                 Cherry Hill, NJ 08034
14385718      +E-mail/Text: megan.harper@phila.gov Sep 19 2019 03:10:33       Water Revenue Bureau,
                 c/o Pamela Elchert Thurmond,   Tax & Revenue Unit,   Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1613
                                                                                               TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14326694       ##+Best Buy Co., Inc.,   PO Box 183195,   Columbus, OH 43218-3195
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2           User: DonnaR                Page 3 of 3                  Date Rcvd: Sep 18, 2019
                               Form ID: pdf900             Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
```
              CHRISTIAN A. DICICCO    on behalf of Debtor Sevdil  Amzaji cdicicco@myphillybankruptcylawyer.com,
               christianadicicco@gmail.com;r57075@notify.bestcase.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              REBECCA ANN SOLARZ    on behalf of Creditor   BAYVIEW LOAN SERVICING bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Chapter 13
SEVDIL AMZAJI

Debtor   Bankruptcy No. 19-13230-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: September 17, 2019

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

Debtor:
SEVDIL AMZAJI

9410 EVANS STREET

PHILADELPHIA, PA 19115-